IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| A-76 TECHNOLOGIES, INC d/b/a AIDANT BRANDS | § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Case No. 4:21-cv-00923 |
| MASS MANAGEMENT, LLC | | |
| Defendant. | | |

## AFFIDAVIT OF LAUREN MILLER IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

STATE OF TEXAS        )
                      )
COUNTY OF DALLAS      )

Lauren T. Miller, the Affiant, having been duly sworn, states upon oath:

1. My name is Lauren T. Miller. I am over the age of eighteen (18) years and am fully competent to make this affidavit.

2. The statements in this affidavit are true and correct. The statements are based on my personal knowledge and my review of the business records of A-76 Technologies, Inc. ("A-76") pertaining to this matter that are described below. I am the CEO and an authorized representative of A-76 and make these statements on its behalf. I am also the custodian of A-76's business records.

3. It is the ordinary course of business for A-76 to maintain records regarding its intellectual property rights, publications, and websites, which records are made at or near the time of the acts, transactions, occurrences, and events reflected in the records, by – or from information transmitted by – someone with knowledge of such acts, transactions, occurrences, and events. These records are kept in the course of A-76's regularly conducted business activity and making the records are a regular practice of that activity. A-76's records regarding its intellectual property rights and website are part of its busines records. As described more fully below, the items that accompany A-76's Motion for Temporary Restraining Order and Preliminary Injunction as Exhibits 1 through 32 are part of those business records.

4. I have read A-76's Original Complaint and verify that all factual statements in A-76's Original Complaint are true and correct.

5. Attached as Exhibit 1 is a true and correct copy of A-76's Certificate of Registration (United States Patent and Trademark Office Registration No. 5,183,475) for its "Rust Patrol" trademark.

6. Attached as Exhibit 2 is a true and correct copy of A-76's Certificate of Registration (United States Patent and Trademark Office Registration No. 5,297,872) for its "Resisting Arrust" trademark.

7. Attached as Exhibit 3 is a true and correct copy of Defendant Mass Management, LLC's ("Mass") rust-patrol.com website homepage.

8. Attached as Exhibit 4 is a true and correct copy of A-76's rustpatrol.com website homepage, originally published on August 11, 2017.

9. Attached as Exhibit 5 is a true and correct copy of Mass's rust-patrol.com website "Uses" page.

10. Attached as Exhibit 6 is a true and correct copy of A-76's rustpatrol.com website "Uses" page, originally published on August 11, 2017.

11. Attached as Exhibit 7 is a true and correct copy of Mass's rust-patrol.com website "Shop All Products" page.

12. Attached as Exhibit 8 is a true and correct copy of A-76's rustpatrol.com website "Shop Products" page, originally published on August 11, 2017.

13. Attached as Exhibit 9 is a true and correct copy of Mass's rust-patrol.com website "About Us" page.

14. Attached as Exhibit 10 is a true and correct copy of A-76's rustpatrol.com website "About Us" page, originally published on August 11, 2017.

15. Attached as Exhibit 11 is a true and correct copy of A-76's rustpatrol.com website "About" page, originally published on August 11, 2017.

16. Attached as Exhibit 12 is a true and correct copy of Mass's rust-patrol.com website "Our Story" page.

17. Attached as Exhibit 13 is a true and correct copy of A-76's rustpatrol.com website "FAQ" page, originally published on August 11, 2017.

18. Attached as Exhibit 14 is a true and correct copy of Mass's rust-patrol.com website "FAQ" page.

19. Attached as Exhibit 15 is a true and correct copy of A-76's rustpatrol.com website "Fact Sheet" page, originally published on August 11, 2017.

20. Attached as Exhibit 16 is a true and correct copy of Mass's rust-patrol.com website "Distributors" page.

21. Attached as Exhibit 17 is a true and correct copy of A-76's rustpatrol.com website "Distributors" page, originally published on August 11, 2017.

22. Attached as Exhibit 18 is a true and correct copy of A-76's rustpatrol.com website "Quality Policy" page, originally published on August 11, 2017.

23. Attached as Exhibit 19 is a true and correct copy of Mass's rust-patrol.com website "Store Locator" page.

24. Attached as Exhibit 20 is a true and correct copy of A-76's rustpatrol.com website "Store Locator" page, originally published on August 11, 2017.

25. Attached as Exhibit 21 is a true and correct copy of Mass's rust-patrol.com website "Brands" page.

26. Attached as Exhibit 22 is a true and correct copy of A-76's rustpatrol.com website "Career" page, originally published on August 11, 2017.

27. Attached as Exhibit 23 is a true and correct copy of A-76's rustpatrol.com website "Cart" page, originally published on August 11, 2017.

28. Attached as Exhibit 24 is a true and correct copy of A-76's rustpatrol.com website "Case Studies" page, originally published on August 11, 2017.

29. Attached as Exhibit 25 is a true and correct copy of A-76's rustpatrol.com website "Checkout" page, originally published on August 11, 2017.

30. Attached as Exhibit 26 is a true and correct copy of A-76's rustpatrol.com website "Contact Us" page, originally published on August 11, 2017.

31. Attached as Exhibit 27 is a true and correct copy of A-76's rustpatrol.com website "Corrosion Calamities" page, originally published on August 11, 2017.

32. Attached as Exhibit 28 is a true and correct copy of A-76's rustpatrol.com website "Media Packet" page, originally published on August 11, 2017.

33. Attached as Exhibit 29 is a true and correct copy of A-76's rustpatrol.com website "Preserve Protect" page, originally published on August 11, 2017.

34. Attached as Exhibit 30 is a true and correct copy of A-76's rustpatrol.com website "Submit A Story" page, originally published on August 11, 2017.

35. Attached as Exhibit 31 is a true and correct copy of A-76's rustpatrol.com website "Sustainability" page, originally published on August 11, 2017.

36. Attached as Exhibit 32 is a true and correct copy of A-76's rustpatrol.com website "The Scanner" page, originally published on August 11, 2017.

37. Attached as Exhibit 33 is a true and correct coy of Mass's mass-management.com website using A-76's "Rust Patrol" trademark.

38. It is my belief and understanding that Mass began using A-76's trademarks sometime in 2020.

39. It is also my belief and understanding that Mass began using an almost identical version of A-76's website sometime in late 2020.

40. Through counsel, A-76 sent a letter to Mass demanding it stop using all of A-76's trademarks and website materials. Mass took down the copied website materials for some time, but re-published it sometime in early 2021. The attached Exhibits referencing Mass's website refer to Mass's most recently published website.

DATED:  April 5, 2021



Lauren T. Miller, Affiant

State of Texas, County of Tarrant, Lauren T. Miller

SUBSCRIBED AND SWORN TO before me this ___5th___ day of  April , 2021.

**Samantha Chiquita Pitts**

ID NUMBER
13127249-7
COMMISSION EXPIRES
September 7, 2021

*Samantha Chiquita Pitts*
NOTARY PUBLIC in and for
The State of T E X A S

My commission expires:

 September 7, 2021 
This notarial act was an online notarization.

# EXHIBIT 1

# United States of America

### United States Patent and Trademark Office

# RUST PATROL

**Reg. No. 5,183,475**

**Registered Apr. 11, 2017**

**Int. Cl.: 2, 4**

**Trademark**

**Principal Register**

A-76 Technologies, Inc. (DELAWARE CORPORATION)
5151 Mitchelldale Street
#B4
Houston, TX 77092

CLASS 2: Anti-rust oils; Anti-corrosive coatings

FIRST USE 5-24-2016; IN COMMERCE 8-17-2016

CLASS 4: Lubricants for use on household items; Penetrating oil; All purpose lubricants; All purpose penetrating oil

FIRST USE 5-24-2016; IN COMMERCE 8-17-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "RUST"

SER. NO. 87-072,557, FILED 06-15-2016
MATTHEW GALAN, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 2

# United States of America

## United States Patent and Trademark Office

# RESISTING ARRUST

**Reg. No. 5,297,872**

**Registered Sep. 26, 2017**

**Int. Cl.: 2, 4**

**Trademark**

**Principal Register**

A-76 Technologies, Inc. (DELAWARE CORPORATION)
5151 Mitchelldale Street, #B4
Houston, TX 77092

CLASS 2: Anti-corrosive coatings; Anti-rust oils

FIRST USE 5-24-2016; IN COMMERCE 8-17-2016

CLASS 4: All purpose lubricants; Lubricants for use on household items; Penetrating oil; All purpose penetrating oil

FIRST USE 5-24-2016; IN COMMERCE 8-17-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-124,876, FILED 08-02-2016
MATTHEW GALAN, EXAMINING ATTORNEY



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h ttp://www.uspto.gov.**

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 3

**RUST PATROL**  (0)



## SHOP BY CATEGORY

*Find the right product for you.*







Manage Website Data Collection Preferences

**RUST PATROL**  (0)

*The technology behind Rust Patrol.*

Rust Patrol uses nanotechnology to prevent rust, lubricate, penetrate, and displace moisture. Created by one of the top ten chemists in the world and made right here in the USA, you will be astounded by Rust Patrol's performance.

Through surface active moieties that physisorb to the oxide layer, Rust Patrol forms a bond deep in the grains of the metal at the molecular level, creating a barrier that provides outstanding, long-lasting protection.

An active product that doesn't wear off easily and provides more complete coverage, will protect and lubricate your heavy equipment, nuts, bolts, and everything in-between.

READ MORE



## RECENT UPDATES

*Learn more about how to prevent corrosion and save money and time.*

## Mass Management Joins STAFDA

Mass Management LLC Joins STAFDASpecialty Tools &amp; Fasteners Distributors Association (STAFDA) wa

**READ MORE**

   Michael McGinnis

   Mar-8-2021

**Read More**

Manage Website Data Collection Preferences



**RUST PATROL**®                                         (0)

### Long Lasting

Rain, shine, or inside, Rust Patrol® provides long-lasting rust prevention and lubrication.

### Easy to Apply

Rust Patrol® is easily applied by spraying, brushing, or dipping the metal to leave an imperceptible coating.

### High Protection, High Cost Savings

Rust Patrol® provides more than 4x the protection for less than 2x the price. Works on a variety of metals.

**RUST PATROL**®

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences



# EXHIBIT 4



## AN ECONOMIC CHOICE

CORROSION CONTROL CALCULATOR



### MULTI-PURPOSE PRODUCTS

PREVENT CORROSION

LUBRICATE & STOP SQUEAKS

DISPLACE MOISTURE

PENETRATE & FREE PARTS

COMPATIBLE WITH ELECTRONICS

HIGH HUMIDITY, HIGH SALINITY, PROTECTION

**Case Study Highlight**

There's one sure thing on a ranch: **THE WORK NEVER ENDS**

Customers took our line of products to their toughest industrial and home application projects to test our Rust Patrol Super, Green and Electronic rust preventer and lubricants.

DANG RIGHT



### DISTRIBUTORS

FIND THE NEAREST STORE

FIND A DISTRIBUTOR



**RUST PATROL**

SUPPORT

ABOUT

SHOP

# EXHIBIT 5

**RUST PATROL**

 (0)

Home / **Uses**

Automotive

Construction

Cycling

Energy

Firearms

Farm & Agriculture

Household

Manufacturing

Marine & Port

Service & Rental Companies

Transportation

# Where to Use Rust Patrol

## Rust Stops Here

Rust Patrol solves your rust problems across multiple industries from
automotive to firearms to
manufacturing. It actively seeks metal, moving through scaling, grit, and
grime, bonding to the

Manage Website Data Collection Preferences

**RUST PATROL**  (0)

- It lasts 4-5 times longer than the closest competitors.
- It's easy to apply: spray, dip, or brush.
- It's nontoxic and safe to use.
- Not only does it protect, but it keeps things well lubricated.
- It displaces moisture on electronics.
- It won't collect dirt, grit, and grime, keeping your moving parts clean and gunk free.

| Automotive | Construction | Cycling |
|---|---|---|

| Energy | Farm & Agriculture | Firearms |
|---|---|---|

| Household | Manufacturing | Marine & Port |
|---|---|---|

Manage Website Data Collection Preferences

**RUST PATROL**

 (0)

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences

**RUST PATROL**                                                               (0)

Home / Uses / **Firearms**

# Cut Cleaning Time in Half

Rust Patrol is an extremely effective tool for cleaning your firearms.
We suggest Multi-Purpose as it penetrates the powder and fouling,
cutting cleaning times in half, especially for shotguns and rimfire
guns. It will protect your firearms from corrosion and lubricate the
slide action and rails. It will also greatly lengthen the time between
cleanings and eliminate mechanical malfunctions like stove pipes and
double feeds.  And it won't harm the bluing of your antiques. We
recommend using Rust Patrol Lubricating Oil (No VOCs) for adding
luster to the wood on your stock or grip.

Shop now

Manage Website Data Collection Preferences

**RUST PATROL**  (0)

## Firearms Uses for Rust Patrol:

- Action
- Barrel
- Bolts
- Clip spring
- Nuts

- Pins
- Rails
- Screws
- Slide
- Springs

The On Point Shooting Team uses Rust Patrol to keep their firearms clean and in top working condition. Be sure to check them out at On Point Shooting Team.

Manage Website Data Collection Preferences

**RUST PATROL**  (0)

---

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences

**RUST PATROL**  (0)

Home / Uses / **Automotive**

# Protecting Anything Automotive

Rust Patrol is great for protecting anything automotive. From cars, pickups, or motorcycles to a fleet of vehicles or trucks, be sure to spray your hinges, locks, and latches. It won't collect dirt and dust, keeping parts clean. It's easy to apply with our 2 oz pump spray or 7 oz aerosol (with a dual-action straw). When protecting a large number of vehicles, Rust Patrol can save you thousands of dollars a year in cost of ownership. It will actively seek out the metal and move through dirt, grit, and grime, forming a long-lasting protective barrier.

Shop now

Manage Website Data Collection Preferences

**RUST PATROL**                                       (0)

# Automotive Applications for Rust Patrol:

- Ball joints
- Battery terminals
- Bolts
- Chrome: bumpers & wheels
- Connectors
- Cotter pins
- Hitches
- Hinges

- Locks
- Nuts
- Screws
- Seat rails
- Trailers
- U-Joints
- Wiring harnesses

You can use Rust Patrol Heavy Duty to winterize
and protect the undercarriage of your vehicle, or
to coat snow plow blades to keep the snow from
sticking. It's also great for the hydraulics that
operate these blades.

**RUST PATROL**

Manage Website Data Collection Preferences



 (0)

SHIPPING & RETURNS

9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences



RUST PATROL     (0)

Home / Uses / **Construction**

# Applications for Rust Patrol on Construction Equipment

Heavy equipment was made for Rust Patrol. With thousands of places where you can apply it, Rust Patrol will save you time and money by keeping your investment working. Protection and lubrication are the two main keys to the life of your equipment. Downtime due to breakage, costly repairs, outright replacement costs, not to mention the time and cost of labor will eat away at your bottom line. Rust Patrol is the answer to these problems of cost of ownership.

Rust Patrol is easy to apply. You can spray, dip, or brush it. It won't collect dirt, grit, and grime, keeping your equipment clean. Rust Patrol lasts 4-5 times longer than the closest competitor. It will protect, lubricate, act as a penetrating oil, and displace moisture on electronics, keeping your equipment in top operating condition.

Buy Now

Manage Website Data Collection Preferences

 (0)

## Construction Uses for Rust Patrol:

- Ball joints
- Batteries
- Bearings
- Bolts
- Buttons
- Braided cable
- Chains
- Connectors
- Couplings
- Electrical panels
- Electronic circuits
- Fittings
- Hitches

- Hinges
- Hydraulic cylinders
- Latches
- Locks
- Nuts
- Pins
- Pulleys
- Screws
- Terminals
- Threads
- Valves
- Wenches
- Wire harnesses

Manage Website Data Collection Preferences

**RUST PATROL**

 (0)

points, which are the first to corrode (you can even weld over Rust Patrol. No need to remove first). Non-ferrous metal with current running though it is another weak point. Rust Patrol can save you thousands of dollars every year. With an operating temperature range of -40°F to 575°F, Rust Patrol will stand up to the harshest environments.

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC    Document 7-1    Filed 04/06/21    Page 30 of 135

**RUST PATROL**  (0)

Home / Uses / **Cycling**

# Extend the Life of Your Bicycle With Rust Patrol

When you want to repair and extend the life of your bicycle use Rust Patrol. After testing Rust Patrol, professional bicycle mechanics were impressed and preferred to use Rust Patrol for all their lubrication needs, as well as to free nuts and bolts.

Shop Now

Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC    Document 7-1    Filed 04/06/21    Page 31 of 135



**RUST PATROL**

## Cycling Uses for Rust Patrol:

- Bolts
- Brake cables
- Chain
- Connections
- Gears

- Nuts
- Pad locks
- Screws
- Shifters
- Sprockets

Rust Patrol is great to lube your bicycle chain. It penetrates the small rollers and gives them the lubrication they need without being too heavy or tacky. The result is the chain does not rust or attract dirt like the other lubricants. It even keeps snow from sticking to your gears and chain.

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC      Document 7-1      Filed 04/06/21      Page 32 of 135

# RUST PATROL

 (0)

FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC     Document 7-1     Filed 04/06/21     Page 33 of 135

**RUST PATROL**

 (0)

Home / Uses / **Energy**

# Reduce Downtime & Breakage

Without a doubt, Rust Patrol can save you thousands of dollars every year by protecting parts and assemblies from corrosion and providing proper lubrication. Made for high salinity, high humidity, harsh environments, Rust Patrol will lengthen the time between maintenance cycles, and severely reduce downtime due to breakage and repairs. Lasting 4-5 times longer that the closest competition, it will stop corrosion and lubricate your equipment to keep it in top working condition. And at 1,000 square feet per gallon of Heavy Duty, a little goes a long way.

Shop now

Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC     Document 7-1     Filed 04/06/21     Page 34 of 135

RUST PATROL  (0)

## Energy Uses for Rust Patrol:

- Actuators
- Battery terminals and connectors
- Blades
- Chains
- Drill bits
- Electrical components
- Electrical panels
- Pipe threads and couplings
- Heat exchanger tubing
- Hinges
- Hydraulic cylinders
- Hydraulic pumps
- Latches
- Locks
- Parts in storage
- Pulleys
- Tools
- Valves
- Wireline and braided cables
- Wiring harnesses

"I personally want to share this feedback and our experience at Baker Hughes with the rest of the world to inspire everyone in the oil & gas sector in the use of Rust Patrol not just as a mere lubricant.

Friction & wear in dynamic part is the core reason for energy loss in our system, like oil tools and major moving equipment in the workshop and this can be controlled by using this high-performance lubricant. On a scale to 1-10, i would always rate Rust Patrol a 10 and I hope this product would be readily available on a regular operations request.

Thanks for giving Baker Hughes an opportunity to

Manage Website Data Collection Preferences

**RUST PATROL**

 (0)

Chuwkwudebe Ikenna Christopher

Resource Manager

Completions & Well Intervention – Sub Sahara Africa

Baker Hughes, a GE Company

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences

# EXHIBIT 6

SHOP   USE   TECH   **RUST PATROL**   ABOUT   NEWS   COMMUNITY



USE

# RUST PATROL

Fight rust, lubricate and free rusted parts like never before with RUST PATROL™. With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance, and

**SUPPORT**

FAQs

Contact

Store Locator

Distributors

Quality Policy

**ABOUT**

Fact Sheet

Join the Squad

Careers

**SHOP**

Industrial

Household

Apparel

# EXHIBIT 7

**RUST PATROL**

 (0)

# HEAVY DUTY

HOME   SHOP ALL   **HEAVY DUTY**

Rust Patrol Heavy Duty, is the advanced, industrial formula, providing up to two years of rust prevention. It actively lubricates, penetrates, and displaces moisture protecting electronics. If protection is what you're after, Heavy Duty is the product you need. Use it on your equipment, the undercarriage of your vehicle, hydraulics, and parts in storage. Thousands of applications - especially in harsh environments. Rust Patrol Heavy Duty uses nanotechnology to outperform other products across the market, and whether at home or on the job, Rust Patrol Heavy Duty is the product to get the job done right the first time!

5 of 5 Items



Sort By:   | Price: Ascending |





Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC    Document 7-1    Filed 04/06/21    Page 40 of 135


(0)

**RUST PATROL**





Rust Patrol Heavy Duty 2 oz Spray Bottle

Rust Patrol Heavy Duty 7 oz Aerosol

$6.75

$15.99

[ ] ADD TO CART

[ ] ADD TO CART





Rust Patrol Heavy Duty 1 Gallon Can

Rust Patrol Heavy Duty 5 Gallon Pail

$149.99

$649.99

[ ] ADD TO CART

[ ] ADD TO CART



Manage Website Data Collection Preferences



**RUST PATROL**



Rust Patrol Heavy Duty 55 Gallon Drum

5 of 5 Items

Please call for price on items 55 gallons and above.



**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS

9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences

**RUST PATROL**

 (0)

# LUBRICATING OIL

HOME   SHOP ALL   **LUBRICATING OIL**

Rust Patrol Lubricating Oil (No VOCs) works as an extremely efficient lubricant while providing up to one year of rust prevention. Using nanotechnology to move down into the grains of metal, Rust Patrol Lubricating Oil will stop the friction, grinding, and wear and tear of metal on metal, extending the life of your equipment. Whether at home or on the job, Rust Patrol Lubricating Oil is the product to get the job done right the first time!

5 of 5 Items



Sort By:    Price: Ascending




Manage Website Data Collection Preferences

**RUST PATROL**  (0)

Rust Patrol Lubricating Oil 2 oz Spray Bottle

**$7.50**

🛒 **ADD TO CART**

Rust Patrol Lubricating Oil 7 oz Aerosol

**$16.99**

🛒 **ADD TO CART**



Rust Patrol Lubricating Oil 1 Gallon Can

**$159.99**

🛒 **ADD TO CART**



Rust Patrol Lubricating Oil 5 Gallon Pail

**$699.00**

🛒 **ADD TO CART**



Manage Website Data Collection Preferences

**RUST PATROL**





Rust Patrol Lubricating Oil 55 Gallon Drum

5 of 5 Items

Please call for price on items 55 gallons and above.

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC        Document 7-1        Filed 04/06/21        Page 45 of 135

**RUST PATROL**

 [0]

# MULTI-PURPOSE

HOME    SHOP ALL    **MULTI-PURPOSE**

Rust Patrol Multi-Purpose does many things and does them well: provides up to one year of rust prevention, works as a lubricant, a super-fast penetrating oil, and displaces moisture to protect electronics. It literally has thousands of applications. Rust Patrol protects equipment, restores your vehicle, unsticks locks and parts, stops squeaks, and keeps stainless steel appliances looking like new. Rust Patrol Multi-Purpose uses nanotechnology to outperform other products across the market, and whether at home or on the job, Rust Patrol Multi-Purpose will get the job done right the first time!

5 of 5 Items



Sort By:    | Price: Ascending |





Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC    Document 7-1    Filed 04/06/21    Page 46 of 135

**RUST PATROL**

 (0)



Rust Patrol Multi-Purpose 2 oz Spray Bottle | Rust Patrol Multi-Purpose 7 oz Aerosol

$5.99

ADD TO CART

$14.99

ADD TO CART





Rust Patrol Multi-Purpose 1 Gallon Can | Rust Patrol Multi-Purpose 5 Gallon Pail

$129.99

ADD TO CART

$599.99

ADD TO CART

Manage Website Data Collection Preferences

**RUST PATROL**

 (0)



Rust Patrol Multi-Purpose 55 Gallon Drum

5 of 5 Items

Please call for price on items 55 gallons and above.

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences







RUST PATROL

HOME | PRODUCTS | USES | OUR STORY | CONTACT US | BLOG | STORE LOCATOR | FAQS

Rust Patrol Multi-Purpose 55 Gallon Drum
☆☆☆☆☆

Rust Patrol Heavy Duty 55 Gallon Drum
☆☆☆☆☆

Rust Patrol Lubricating Oil 55 Gallon Drum
☆☆☆☆☆

15 of 15 Items

Please call for price on items 55 gallons and above.

PRIVACY POLICY

TERMS & CONDITIONS

9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707

**EXHIBIT 8**

SHOP    USE    TECH    **RUST PATROL**    ABOUT    NEWS    COMMUNITY

# PRODUCTS

Default sorting

**SHOWING ALL 3 RESULTS**

## COMPELLING TEXT GOES HERE

Let's say something about the Rust Patrol Brand

Search Products

## PRODUCT CATEGORIES

HOUSEHOLD

INDUSTRIAL

MERCHANDISE



INCORRUSTIBLE
$19.99

*Household*
**NO RUSTPASSING**
$19.99

**NO VOC'S**
$21.99

---

## RUST PATROL

Fight rust, lubricate, and free rusted parts like never before with RUST PATROL™. With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance and

f   y   p   g+

**SUPPORT**

FAQs

Contact

Store Locator

Distributors

Quality Policy

**ABOUT**

Fact Sheet

Join the Squad

Careers

**SHOP**

Industrial

Household

Apparel

# EXHIBIT 9

THEN AND NOW

# Manufacturing, Warehousing, Sales, and Distribution Services



Mass Management's roots are firmly planted in the hardware retail, home center, and paint chain market segments. In 1986 David McGinnis started his own manufacturing representative agency, McGinnis & Associates. A few years later he started a sister company, McGinnis & Associates Sales and Service, which provided service for manufacturers to Lowe's. Eventually, this led to helping manufacturers by managing sales and marketing at a national level.

Between 2016 and 2019 McGinnis & Associates Sales and Service transitioned to the manufacturing side becoming Mass Management, LLC and is now located in Fort Mill, SC. We currently handle the manufacturing, warehousing, sales, and distribution of the brands Rust Patrol and Mountain Mike's Remedies. Directly working with the inventors, we ship our products worldwide into over 15 countries.

## David McGinnis — CEO

In 1971, David McGinnis started at DAP Products, Inc. as a sales trainee and was quickly promoted through the ranks to General Sales Manager. After eleven years with the company, he became Vice President of sales for Manco Tape Company, Inc. Later in 1986, he started his own rep agency, McGinnis & Associates, and grew it to cover fourteen states employing 32 sales representatives. With over 49 years of experience, David now presides over Mass Management, LLC as CEO.

## Michael McGinnis — President

Michael McGinnis grew up under his father's tutelage learning the family business. Attending trade shows and making sales calls through college, he learned all aspects of sales and service, making people and relationships a primary focus. In 2016, Michael McGinnis went to work for David as Vice President of sales for McGinnis and Associates, and became President of Mass Management, LLC in 2019.

## Paula Holmes — Office Administrator

Paula Holmes went to work with McGinnis & Associates in 2010, entering invoices, reconciling commissions, and general office duties. Coordinating show programs between the manufacturer and the distributor gave her a good grounding for her future with Mass Management. Continuing these tasks, along with so much more, Paula is an integral part of our operations.



9499 Old Bailes Rd.
Suite 103
Fort Mill, SC 29707

(803) 396-8400
info@mass-
management.com

About
Then and Now
Core Values
Brands
The Gospel

Case 3:21-cv-00496-FDW-DSC     Document 7-1     Filed 04/06/21     Page 57 of 135

# EXHIBIT 10



ABOUT US

WHO WE ARE

## A BIT ABOUT US



Rust Patrol Technologies was started in 2012 by Lauren Thompson Miller and Tim Anand while they were students at Rice University's Jones Graduate School of Business. There they took a class that would change the course of their lives. In the Technology Commercialization course they were to attain, in developing a business plan for a series of technologies coming available and invented by Dr. James Tour, a renowned Rice chemistry professor with 200+ patents in his name and who was noted on CNN Magazine a "Scientist of the Year" in 2013.

Seeing the potential of it in, Miller and Anand worked with other team members to develop a business and commercialization plan for a new anti-corrosion business plan comprised of Rust the most innovative, unique in-house plan comprehensiveness around the world. At the Rice Business Plan Competition, the largest and richest business plan competition in the world, Rust Technologies was recently beat and placed 4th out of hundreds of entrants, even earning the grand prize money.

In the months after the Rice Business Plan Competition, Miller and Anand continued to grow their company. They raised a Series A round of funding and even featured in numerous local and national publications, including the Houston Business Journal, Fortune, and Forbes.

Now Rust Technologies is a growing company, but in build on its successes and strive to advance our customer's corrosion prevention and lubricating needs.



CEO and Co-Founder
**LAUREN THOMPSON MILLER**

Lauren is co-founder & CEO of Rust Technologies where she oversees all of the company's strategy and plans. She has worked with strategy consultants as Ernst and Young before founding Rust Technologies. Additionally, she has worked in sales and manufacturing process consulting. Prior to attending Rice, she spent significant time in the field, doing programmes in the Middle East, Africa, and Asia. She holds a BS in International Relations from the College of William and Mary, and a MBA from Rice University's Jones School of Business.



COO and Co-Founder
**TIM ANAND**

Tim is co-founder & COO of Rust working for the Rust Alliance and co-founded the company with Lauren while a student at Rice University's business school. Prior to Rice, Tim worked as a safety and reliability engineer on a variety of engineering projects for NASA. He played a vital role in helping the space station and works the Space Shuttle meet international specifications in aviation safety and reliability engineering as competently met. Tim holds a BS in biomedical engineering from the University of Texas at Austin and is a 2014 graduate of Rice University's Jones School of Business.

## HISTORY



The technology behind Rust was invented by chemistry professor Dr. James Tour. The business commercialization strategy started in Fall 2012 and the company was formally launched in April 2014. The company took to its business plan and its leadership team has received numerous accolades, such as being noted on the Houston Chronicle's "Tech Deal Tips to Watch" list and Forbes' 2015 "30 Under 30" list.

**RUST PATROL**

Fight rust, corrosion and free radical just like never before with RUST PATROL™. With a range of uses you can depend on RUST PATROL™ to keep up to the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance and.

SUPPORT
- FAQs
- Contact
- Store Locator
- Distributors
- Quote Form

ABOUT
- Our Story
- Join Our Team
- Careers

SHOP
- Industrial
- Commercial
- Apparel

# EXHIBIT 11

🅦 Rust Patrol  ✏ Customize  ⟳ 5  💬 0  + New  ✏ Edit Page                    Howdy, silverbadge 🔲  🔍



SHOP    USE    TECH    **RUST PATROL**    ABOUT    NEWS    COMMUNITY

## TO PRESERVE AND PROTECT

## OUR STORY

**WE ARE NIMBLE AND ABLE TO QUICKLY ADAPT TO THE NEEDS OF THE MARKET IN ORDER TO SOLVE THE PROBLEMS OF OUR CUSTOMERS.**

Headquartered in Houston, Texas, A-76 is able to serve global companies as well as a wide range of industries including energy, marine, manufacturing, and more. All A-76 testing has been validated through third parties giving our customers the confidence that they need when using our products. A-76 taps into our network and resources to offer the best solutions to our customers. The A-76 corporate board provides us with the industry wisdom and experience to push A-76 into the technological forefront of the corrosion prevention and lubrication industries.



### MISSION

A-76 Technologies manufacture and sells high-performance, multi-purpose preservation coatings and lubricants that help our customers to reduce their costs of corrosion. A-76 Technologies protects metals for longer than competitors and also in extreme environments where competitors cannot operate, thus helping to solve the multi-billion dollar problem of corrosion. Company Mission and about the company here

### VISION

Consistently provide high quality and superior solutions to solve our customer's corrosion inhibiting and lubricating needs.

## CORE VALUES



**INTEGRITY**



**QUALITY**



**EMPLOYEE SATISFACTION**



**SOLVE CUSTOMER NEEDS**

Integrity is the cornerstone of the A-76 Technologies values. It is key that we have trust between our customers, employees, and vendors. At A-76, we believe in doing what is right by being honest and forthcoming through open communication. Personal integrity drives professional integrity and A-76 strives to stand apart as a name that all of our partners can trust.

At A-76 Technologies, we take pride in what we produce and sell. Quality drives customer satisfaction, economic value, and personal satisfaction for employees from selling a product worth having.

Happy employees give us happy customers. A-76 Technologies employees are seen as ambassadors of the company. We believe that serving our employees' needs first allows them to better serve the needs of our customers and our vendors.

At A-76 Technologies, we believe that we can best solve customer needs through integrity, open communication, quality products, and a satisfied employee with whom to interface. A-76 serves as a solution for a wide variety of needs. Continuing to solve these customer needs will allow A-76 to focus its growth by maintaining its focus on what we can do to help our customers.

## RUST PATROL

Fight rust, lubricate, and free rusted parts like never before with RUST PATROL™. With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance, and

**SUPPORT**
FAQs
Contact
Store Locator
Distributors
Quality Policy

**ABOUT**
Fact Sheet
Join the Squad
Careers

**SHOP**
Industrial
Household
Apparel

🔵 🔵 🔵 🔵 🔵

# EXHIBIT 12

**RUST PATROL**                               (0)

Home / **Our Story**

The Technology Behind Rust Patrol

# Nanotechnology
# Takes on Rust

Manage Website Data Collection Preferences

RUST PATROL  (0)

### Molecular Bonding

Rust Patrol was invented in Houston, TX by Dr. James Tour, a preeminent scientist in the field of nanotechnology. Rust Patrol uses nanotechnology to work better, faster, and longer than any other thin-film temporary coating on the market. Actively seeking metal like a magnet, Rust Patrol forms a bond at the molecular level, giving more complete coverage. It's tenacious — it doesn't wear off easily.

We're 100% USA-made, sourcing our chemicals, cans, bottles, labels, blending, all of it, right here in the United States. From our warehouse in Fort Mill, SC, we ship product all over the

Manage Website Data Collection Preferences

**RUST PATROL**   (0)

# Meet Dr. James M. Tour, Ph.D.

- T.T. and W.F. Chao Professor of Chemistry
- Professor of Computer Science
- Professor of Materials Science and NanoEngineering
- Rice University

James M. Tour, a synthetic organic chemist, received his Bachelor of Science degree in chemistry from Syracuse University, his Ph.D. in synthetic organic and organometallic chemistry from Purdue University, and postdoctoral training in synthetic organic chemistry at the University of Wisconsin and Stanford University.

Tour has over 700 research publications and over 140 patent families, with an h-index = 147 with total citations of ~103,000. In 2020, he became a Fellow of the Royal Society of Chemistry and in the same year was awarded the Royal Society of Chemistry's Centenary Prize for innovations in materials chemistry with applications in medicine and nanotechnology.

Tour was named among "The 50 Most Influential Scientists in the World Today" by TheBestSchools.org in 2019; listed in "The World's Most Influential Scientific Minds" by Thomson Reuters ScienceWatch.com in 2014; and recipient of the Trotter Prize in "Information, Complexity and Inference" in 2014; and was the Lady Davis

Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC    Document 7-1    Filed 04/06/21    Page 65 of 135

**RUST PATROL**

 (0)

For the complete resume of Dr. Tour, please visit www.jmtour.com

## Mass Management

Headquartered in Fort Mill, SC, Mass Management, LLC is the proud manufacturer of the Rust Patrol brand. For more information on Mass Management, visit us at mass-management.com.

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

Manage Website Data Collection Preferences



## Nanotechnology Takes on Rust

Rust Patrol was invented in Houston, TX by Dr. James Tour, a preeminent scientist in the field of nanotechnology. Rust Patrol uses nanotechnology to work better, faster, and longer than any other thin-film temporary coating on the market.

Actively seeking metal like a magnet, Rust Patrol forms a bond at the molecular level, giving more complete coverage. It's tenacious — it doesn't wear off easily.

We're 100% USA-made, sourcing our chemicals, cans, bottles, labels, blending, all of it, right here in the United States. From our warehouse in Fort Mill, SC, we ship product all over the world. See our Store Locator for where to buy near you.

### Meet Dr. James M. Tour, Ph.D.

**Molecular Bonding Rust Patrol®**

Rust Patrol® bonds to the metal surface at a molecular level.

Competitors don't fill the nooks and crannies

Metal

Competiton

Metal

Watch on YouTube

SC, we ship product all over the world. See our
Store Locator for where to buy near you.

## Meet Dr. James M. Tour, Ph.D.



- T.T. and W.F. Chao Professor of Chemistry
- Professor of Computer Science
- Professor of Materials Science and NanoEngineering
- Rice University

James M. Tour, a synthetic organic chemist, received his Bachelor of Science degree in chemistry from Syracuse University, his Ph.D. in synthetic organic and organometallic chemistry from Purdue University, and postdoctoral training in synthetic organic chemistry at the University of Wisconsin and Stanford University.

Tour has over 700 research publications and over 140 patent families, with an h-index = 147 with total citations of ~103,000. In 2020, he became a Fellow of the Royal Society of Chemistry and in the same year was awarded the Royal Society of Chemistry's Centenary Prize for innovations in materials chemistry with applications in medicine and nanotechnology.

Tour was named among "The 50 Most Influential Scientists in the World Today" by TheBestSchools.org in 2019; listed in "The World's Most Influential Scientific Minds" by Thomson Reuters ScienceWatch.com in 2014; and recipient of the Trotter Prize in "Information, Complexity and Inference" in 2014; and was the Lady Davis Visiting Professor, Hebrew University, June, 2014. Tour was named "Scientist of the Year" by R&D Magazine, 2013.

For the complete resume of Dr. Tour, please visit www.jmtour.com



## Mass Management

Headquartered in Fort Mill, SC, Mass Management, LLC is the proud manufacturer of the Rust Patrol brand. For more information on Mass Management, visit us at mass-management.com.

# RUST PATROL

HOME    PRODUCTS    USES    OUR STORY    CONTACT US    BLOG    STORE LOCATOR    FAQS

PRIVACY POLICY

# EXHIBIT 13

RUST PATROL

SHOP    ASK    TECH    RUST PATROL    ABOUT    NEWS    COMMUNITY

**IF YOU HAVE A QUESTION THAT WE HAVE NOT ADDRESSED HERE OR IF YOU WOULD LIKE ANY MORE DETAILS, PLEASE CONTACT US AT SALES@A76TECH.COM.**

## GENERAL

### What does "A-76" stand for?

The inventor came up with the name "A-76". It actually doesn't stand for anything. Years ago he saw a speech by Jeff Bezos was asked the classic question because it is at the front of the alphabet so you always get listed first. As such "A" gets us at the top of most lists. "76" is an easy number for him since he remembers it all by number 76.

### What else can A-76 do besides prevent rust?

A-76 also works as a lubricant, water displacer, and a penetrant.

### On what metals does A-76 work?

A-76 prevents corrosion on a wide range of metals including but not limited to copper, nickel, aluminum, steel, magnesium, iron, and more!

### How do I buy A-76?

Industrial users can contact their preferred distributor. Households users can purchase A-76 on Amazon.

### What is the lead time for an order?

Based on a few page views and current inventory, an order should be filled immediately. If a production run is required, an order can be filled is approximately up to 10 days.

## PRODUCT

### What is in A-76?

Sorry, our ops are sealed! A-76 is protected by trade secret, rather than a patent. It's so secret that even the CEO does not know the formulation up to next to manufacture A-76.

### How does A-76 work?

A-76 coats the treated surface to prevent oxidation.

### How does it cling to a surface?

Surface active molecules that physi-sorb to the coated surface are on all metals that have been exposed to air. In more simple terms A-76 coatings are attracted to the metal surface and create a strong bond.

### What kind of barrier does it form?

A-76 forms a mono-molecular layer. The film thickness is likely greater than to measure upon a dip coat, an atoms thicker than the nanometer thickness of a anti-corrosion monolayer. In comparison, it is approximately a 0.5 mil film as compared to most thicker epoxy coatings that are 5-6 mils thick. These A-76 is approximately 10 times thinner than a standard epoxy.

### How long does A-76 last?

Depending on external conditions A-76 Super can prevent rust from forming for up to one year outside. A-76 Cover is approximately as long as long as Super depending on environment. If A-76 is being used in an application with considerable wear and tear more frequent application is recommended. A-76 products can last even longer when protecting equipment stored in a conditioned area or warehouse.

### Does weather impact performance?

Yes, extremely heavy pounding rain will wear down the A-76 coating on the surface of the metal. When there is regular, extreme weather more frequent application is recommended.

### Does A-76 have future plans for new products?

Yes, we have a longer-term concept we hope to bring to market in the near future.

## APPLICATION

### Can you paint over a surface that has been coated with A-76?

For best results we recommend removing A-76 first. A-76 is attracted to metal surfaces, so your paint would not be able to penetrate the A-76 barrier in order to adhere to the steel surface.

### Is it safe to use A-76 on electrical parts?

Yes A-76 products can be used on our electrical components. One variation, A-76 Electronics is specially designed to prevent corrosion on electronic parts.

### Is A-76 an anti-seize product?

A-76 products are nice answer than grease, and that are not ideal for anti-seize applications. However, A-76 is compatible with other nitrive along oils.

### Is A-76 compatible with rubber?

We are in the process of testing however we believe that it is.

## PRODUCT DISPOSAL

### Is A-76 biodegradable?

No - it should be contained during application and removal.

### How do I dispose of excess A-76 products?

Users should comply with federal, state and local laws regarding disposal. If washing A-76 off outside, prevent the waste water from entering the storm drains and existing the site. Please speak to your A-76 representative for further guidance and detailed instructions.

## ENVIRONMENT

### What is the impact of A-76 on the environment?

A-76 does have some environmental impact, like any other product. All A-76 products are non-toxic and we offer a Green variation with no volatile organic compounds (or VOCs) helping companies to reduce their air emission.

### Is A-76 compliant with the Montreal Protocol?

Yes. A-76 products are CFC-free.

### Do any A-76 products violate California Prop 65?

No. A-76 products are non-carcinogenic and are not known to cause pregnancy problems.

### Does A-76 contain any zinc, heavy metals, or silicone?

No. A-76 products do not contain any zinc, heavy metals or silicone.

### What about any other harmful chemicals?

A-76 does not contain any phenols, PCs, PCBs, arsenic or TCDDs.

RUST PATROL

| SUPPORT | ABOUT | SHOP |
|---|---|---|
| FAQs | Fact Sheet | Industrial |
| Contact | Join the Squad | Household |
| Store Locator | Careers | Apparel |
| Distributors | | |
| Quality Policy | | |

# EXHIBIT 14

**RUST PATROL**  (0)

Get quick answers to our most common questions.

Home / Resources / **FAQs**

# Rust Patrol FAQs

## How does Rust Patrol work?

Surface active moieties that physisorb to the oxide layer. In more simple terms, Rust Patrol is attracted to the metal surface & creates a strong bond.

## What kind of barrier is formed?

Rust Patrol forms a multi-molecular layer. The film thickness is likely greater than 10 microns upon a dip-coat, so 10,000 times thicker than the 1 nanometer thickness of a self-assembled monolayer. In coating terms, it is approximately a 0.4-0.5 mil film as compared to most thinner epoxy coatings that are 5-6 mils thick. Thus, Rust Patrol is approximately 12 times thinner than a standard epoxy.

## On what kind of metals does Rust Patrol work?

Depending on external conditions, Rust Patrol can prevent rust from forming for up to 3 months outside. Rust Patrol Lubricating Oil lasts approximately 85-90% as long as Multi-Purpose (depending on environment). If Rust Patrol is being used in an application with considerable wear and tear, more frequent

Manage Website Data Collection Preferences

RUST PATROL 

## Does weather affect the performance?

Yes, eventually heavy, pounding rain will wear down the Rust Patrol coating on the surface of the metal.  Where there is regular, extreme weather, more frequent application is recommended.

## Can you paint over a surface that has been coated with Rust Patrol?

For best results, we recommend removing Rust Patrol first.  Rust Patrol is attracted to metal surfaces, so your paint would not be able to penetrate the Rust Patrol barrier in order to adhere to the metal surface. We do suggest applying Rust Patrol over paint to use as a sacrificial coating. This works well, particularly at weld points.

## Is it safe to use Rust Patrol on electrical parts?

Yes, all Rust Patrol products can be used to coat electrical components.

## Is Rust Patrol an anti-seize product?

Rust Patrol products are oils rather than greases and thus are not ideal for anti-seize applications.

## Is Rust Patrol compatible with rubber?

It depends on the type of rubber. Test with a sample first to be sure. Higher quality rubbers are less likely to be affected by Rust Patrol.

## What is the impact of Rust Patrol on the environment?

Rust Patrol does have some environmental impact, like any similar product. All Rust Patrol products are non-toxic and we offer a variation with no volatile

Manage Website Data Collection Preferences

RUST PATROL  (0)

# Do any Rust Patrol products violate California Prop 65?

No. Rust Patrol products are non-carcinogenic and are not known to create any problems with pregnancy.

---

# Does Rust Patrol contain any zinc, heavy metals, or silicone?

No. Rust Patrol products do not contain any zinc, heavy metals, or silicone.

---

# What about any other harmful chemicals?

Rust Patrol does not contain any phenols, PCs, PCBs, arsenic, or TCDDs.

---

# Is Rust Patrol biodegradable?

No, it should be contained during application & removal.

---

# How do I dispose of excess Rust Patrol products?

- Users should comply with federal, state, and local laws regarding disposal.
- If washing Rust Patrol off outside, prevent wastewater from entering storm drains and exiting the site.
- Example: Put a boom around the storm drain and wash area or using tarps to prevent the material from soaking into the ground. The wastewater can be suctioned into a tote and removed by a waste company.
- If washing Rust Patrol off inside, follow the same procedure for any drains inside the building.
- If users get permission from their sanitary sewer provider, they may be allowed to clean inside.
- Many industrial sites require a storm water permit. If they have not used preventative measures, the runoff could contaminate their samples, which can be a violation.

---

Manage Website Data Collection Preferences



**RUST PATROL**

- 5 gallon pail
- 55 gallon drum
- 350 gallon stainless steel tote

## What is the lead time for an order?

Based on current inventory, an order should be filled immediately.  If a production run is required, an order can be filled in approximately 4-6 weeks.

## How do I place an order?

You can reach out to your local sales representative or contact us at sales@rust-patrol.com or call (803) 396-8400

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences

# EXHIBIT 15



# FACT SHEET

SHOP    USE    TECH    **RUST PATROL**    ABOUT    NEWS    COMMUNITY

## A-76 Technologies Fact Sheet

**COMPANY DESCRIPTION:**

A-76 Technologies is an anti-corrosion coatings and lubricants company selling a variety of solutions. The A-76 line of products include A-76 Super, A-76 Green, A-76 Light, and A-76 Electronics.

The full line of A-76 preservation coatings work to prevent corrosion, saving time and money while reducing safety risks. A-76's efficacy in high-salinity, high-humidity, and extreme temperature environments make it a single solution for multiple needs.

A-76 works on a variety of metals, including aluminum, nickel, copper, and oilfield steel. As such, A-76 can be applied to a variety of metals and multi-metal components. A-76's minimal drying time (five minutes or less) means that it can be used almost immediately, reducing drying time and getting equipment back into action more quickly.

All A-76 Products are Montreal Protocol compliant and are compliant with California Proposition 65. A-76 brands include a version with no volatile organic compounds (VOCs) and a version that is electronic-safe.

**CLIENTS AND POTENTIAL CLIENTS:**

Private industry (including players in the oil and gas, energy, transportation, marine, and aerospace industries, government, and household consumers

**HEADQUARTERS:**

410 Pierce Street, Suite 223,
Houston, TX 77002

**ACCOLADES AND AWARDS (AWARD, SPONSOR, DATE):**

- "Tech Start-Ups to Watch," Houston Chronicle, 2015
- Honorable Mention, Goradia Innovation Award, 2014
- Top B-School Start-Ups from Competition Season, Bloomberg Businessweek, 2014
- OWL Choice Award, OWL Investment Group, 2014
- Goose Investment Award, Goose Society, 2014
- 2nd Prize at the Rice Business Plan Competition, Finger Interests, 2014
- Opportunity Houston, Greater Houston Partnership, 2014
- Most Innovative Energy Tech Start-Up, SURGE Accelerator, 2014
- International Space State National Lab Space Flight Prize, Center for Advancement of Science in Space, 2014
- Pearland Spirit of Entrepreneurship, Pearland Economic Development, 2014
- Best Energy Prize, Energy Ventures, 2014
- Company Showcase Award, McGuire Woods, 2014
- 5th Prize Elevator Pitch at the Rice Business Plan Competition, Austin Ventures, 2014
- Treasury Management Services, BBVA Compass, 2014
- Mentoring Services, Silver Fox Advisors, 2014
- Mentoring Services, Enterprise Future Networks, 2014
- Pro-Bono Patent Application, Boalware and Valoir, 2014
- Cyber Oversight Software License, Blue Lance, 2014
- Small Business Start Package, Dun and Bradstreet, 2014
- Finalist, mai Bangkok Business Challenge, 2014
- 3rd Prize, University of Louisville Cardinal Challenge, 2014

**HISTORY:**

The technology behind A-76 was invented by Dr. James Tour, a chemistry professor at Rice University. The business commercialization strategy started in Fall 2013 and the company was formally launched in April 2014. Since inception, the A-76 Technologies team has received numerous accolades at business plan competitions, such as being named the "Most Innovative Energy Start-Up." A-76 Technologies closed on a Series A round of venture capital financing in December 2014.





## RUST PATROL

Fight rust, lubricate, and free rusted parts like never before with RUST PATROL™. With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance, and

**SUPPORT**
FAQs
Contact
Store Locator
Distributors
Quality Policy

**ABOUT**
Fact Sheet
Join the Squad
Careers

**SHOP**
Industrial
Household
Apparel

# EXHIBIT 16



**RUST PATROL**                                                    (0)

U.S. Distributors

Home / Where To Buy / **US Distributors**

# Find a Rust Patrol Distributor Near You

Distribution America

ProGroup

Independent Distributors

Industrial Distributors

## Distribution America

**Distribution America**
11301 Carmel Commons Blvd.
Suite 111
Charlotte, NC 28226
(704) 940-4801
www.distributionamerica.com

## DA Stocking Members

**Blish-Mize Company**

Manage Website Data Collection Preferences

**RUST PATROL**  (0)

**Florida Hardware**
436 Cassat Ave.

Jacksonville, FL 32205
(904) 783-1650
www.floridahardware.com

**House Hasson Hardware**
3125 Water Plant Rd
Knoxville, TN 37901
(865) 525-0471
www.househasson.com

**Monroe Hardware**
101 N Southerland Ave
Monroe, NC 28110
(704) 289-3121
www.monroehardware.com

**United Hardware Distributing Co.**
5005 Nathan Lane
Plymouth, MN 55442
(763) 559-1800
www.unitedhardware.com

# ProGroup

**Pro Group**
44 Inverness Dr East Bldg. E
Englewood, CO 80112
(303) 792-3000
www.pro-group.com

# ProGroup Stocking Members

**Buttery Company LLP**
201 West Main
Llano, TX 78643

Manage Website Data Collection Preferences

 (0)

**RUST PATROL**

Sequin, TX 78155
(830) 372-5560
www.coastalag.com

**Frank Roberts and Sons**
1130 Robertsville Rd. Punxsutawney, PA 15767
(814) 938-5000
www.frankrobertsandsons.com

**Harrington Company**
760 West Layton Ave.
Salt Lake City, UT 84104
(801) 972-3131
www.harringtonco.com

**K&K Veterinary Supply**
675 Laura Lane
Tontitown, AR 72770
(479) 361-1516
www.kkvet.com

**Southern Hardware Company**
589 N Sebastian St.
West Helena, AR 72390
(870) 572-6761
www.southernhardware.com

**Southern Livestock Supply**
7333 Town South Ave.
Baton Rouge, LA 70808
(225) 769-5811
www.slscompanyinc.com

**The Bostwick-Braun Company**
7349 Crossleigh Ct.
Toledo, OH 43617
(419) 259-3600
www.bostwick-braun.com

**Wallace Hardware**

Manage Website Data Collection Preferences

**RUST PATROL**  (0)

*back to top*

# Independent Distributors

**Orgill**
4100 S Houston Levee Rd.
Collierville, TN 38017
(901) 754-8850
www.orgill.com

*back to top*

# Industrial Distributors

**IM Supply**
1857 South 3230 W
Salt Lake City, UT 84127
(801) 946-4320
www.imsupply.com

**Innovative Tooling & Accessories**
13203 Emmett Rd.
Houston, TX 77041
(713) 996-9909
www.pneutools.com

**Livingston & Haven**
11529 Wilmar Blvd.
Charlotte, NC 28273
(704) 588-3670
www.livhaven.com

**Motion Industries**
1605 Alton Rd.
Birmingham, AL 35201
(318) 387-6875
www.motionindustries.com

Manage Website Data Collection Preferences

**RUST PATROL**  (0)

---

**Warrior Industrial LLC**
2140 N Redbud Blvd
McKinney, TX 75069
(972) 542-2004
www.warriorindustrial.com

*back to top*



**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS

9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences

**RUST PATROL**  (0)

International Distributors

Home / Where To Buy / **International Distributors**

# Find Rust Patrol Around the World

## Australia

## *Indonesia, New Zealand, & Papua New Guinea*

**Corrosion Technical Products**
4/44 Vinnicombe Dr.
Canning Vale, 6155
Australia
+61 8 9456 0344
www.extrin.com.au
sales@corrosiontech.com.au

## China

**NanChang Kailong Enterprise, CO**
C2-1-34 Heishi Auto Parts Market
No. 8 Gaoxin Ave.
Qingshanhu District
China
+86 791 88307809
www.kailongco.com
info@kailongco.com

Manage Website Data Collection Preferences

RUST PATROL  (0)

Seremban 70300

Malaysia
+6 19 651 0726
bala@rbservice.com.my

# Nigeria

**T. Valton Services**
No 1 Nwaoha Ave off KM 17 PH/Aba Express Way
Iriebe
Port Harcourt
Rivers
Nigeria
+234 803 316 9553
www.tvalton.com

# Saudi Arabia
*Bahrain, Egypt, Kuwait, Omar, Saudi Arabia, & UAE*

**ASH Group**
Blue Tower 3rd Floor
Al Khobar 31463
Saudi Arabia
+966 (0) 13 882 2766
www.alhamdaan.com

# Suriname

**Mines Service Suriname**
Bethesdaweg 2
Paramaribio
Suriname
+597 485 300
See them on Facebook

# Trinidad & Tobago

**SCL Group**
LP #45 Saddle Rd.
San Juan, Laventile

Manage Website Data Collection Preferences

**RUST PATROL**                                       (0)

---

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC     Document 7-1     Filed 04/06/21     Page 88 of 135

**EXHIBIT 17**



# RUST PATROL

SHOP    USE    TECH        ABOUT    NEWS    COMMUNITY

# DISTRIBUTORS

## Distributors

If you are interested in purchasing any A-76 products, please contact us to find an industrial distributor near you. A-76 is sold across the U.S. as well as internationally. Approved vendors at this time are listed alphabetically below.

**Cannon Industrial Services**
www.cannonis.com
13002 Brittmoore Park Drive
Houston, Texas 77041
832.617.7199

**Groves Industrial**
www.grovesindustrial.com
7301 Pinemont Drive
Houston, Texas 77040
713.675.4747

**The Lawless Group**
www.lawlessgroup.com
5610 Harvey Wilson Drive
Houston, Texas 77020
713.671.9038

11833 North Promenade
Suite 100
Stafford, Texas 77477
281.491.0351

11625 Columbia Center Drive
Suite 100
Dallas, Texas 75229
972.247.8871

1126 Barataria Avenue
Houma, Louisiana 70360
985.872.8005

**Sherwin Williams Commercial Store**
10132 Buxon Street
Houston, Texas 77017
713.473.7950

**Working Solutions, Inc.**
www.workingsolutions.net
2522 Roy Circle
Houston, Texas 77007
713.862.3868

# RUST PATROL

Fight rust, lubricate, and free rusted parts like never before with RUST PATROL™. With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance, and

**SUPPORT**
FAQs
Contact
Store Locator
Distributors
Quality Policy

**ABOUT**
Fact Sheet
Join the Squad
Careers

**SHOP**
Industrial
Household
Apparel

# EXHIBIT 18



QUALITY POLICY

## The difference between customer satisfaction and customer success:

Customer satisfaction is not enough. A-76 Technologies aims for customer success. Going beyond achieving customer satisfaction ensures we have a thorough understanding of customer needs and requirements. By setting quality objectives, implementing an effective quality management system, and striving for continuous improvement in our products and services, we help our customers be successful.



**RUST PATROL**

Fight rust, lubricate, and free rusted parts like never before with RUST PATROL™. With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance and

**SUPPORT**
FAQs
Contact
Store Locator
Distributors
Quality Policy

**ABOUT**
Fact Sheet
Join the Squad
Careers

**SHOP**
Industrial
Household
Apparel

**EXHIBIT 19**


**RUST PATROL**      (0)

# Find Rust Patrol at a Store Near You.

Home / Where To Buy / **Store Locator**



| United States ⌄ |
| 77002 |
| 50 mi ⌄ |

SEARCH



**27 RESULTS FOUND**    powered by bullseye

Cox Hardware & Lumber      📍 3.93 mi

Manage Website Data Collection Preferences

**RUST PATROL**  (0)

**Bering's (Bissonnet)**
3900 Bissonnet St.
Houston, TX 77005
713-665-0500
Directions

4.28 mi

**Bering's (Westheimer)**
6102 Westheimer
Houston, TX 77057
713-785-6400
Directions

7.52 mi

**Southwest Fertilizer**
5828 Bissonnet
Houston, TX 77081
713-666-1744
Directions

7.66 mi

**Sherwin Williams**
10132 Buxton St
Houston, TX 77017
713-473-7950
Directions

8.26 mi

**Houston Cycle Centers - Spring Valley**
9414 GAYLORD
Houston, TX 77024
713-464-8277
Directions

9.7 mi

Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC    Document 7-1    Filed 04/06/21    Page 95 of 135

**RUST PATROL**  (0)

Directions

**Houston Cycle Centers - Southwest**          10.27 mi
6607 S. BRAESWOOD
Houston, TX 77096
713-777-5333

Directions

**Metal Supermarkets - Houston Northwest**          10.48 mi
13240 Hempstead Highway
Houston, TX 77040
713-934-8528

Directions

**Best Industrial Services**          10.62 mi
6999 West Little York
Houston, TX 77040
855-401-BEST

Directions

**Messina's Barber Shop**          13.84 mi
11911 Katy Freeway
Houston, TX 77079
281-556-9975

Directions

**O'Day Rental and Supply**          14.1 mi
6614 W Broadway Street
Pearland, TX 77581
281-485-6111

Manage Website Data Collection Preferences

**RUST PATROL**   (0)

**Motion Industries**

4810 N Sam Houston Parkway W
Houston, TX 77086
281-542-1660

Directions

📍 **14.69 mi**

**Cannon Industrial Services**

13002 Brittmore Park Drive
Houston, TX 77041
832-617-7199

Directions

📍 **14.7 mi**

**Houston Cycle Centers - Northwest**

17464 Nw. Fwy
Houston, TX 77040
713-466-1240

Directions

📍 **15.92 mi**

**Innovative Tooling & Accessories**

13203 Emmett Road
Houston, TX 77041
713.996.9909

Directions

📍 **16.64 mi**

**Fastenal**

8615 Jackrabbit Rd., Ste. F
Houston, TX 77095
281-550-7801

Directions

📍 **18.27 mi**

**Battle Rifle Company**

📍 **20.84 mi**

Manage Website Data Collection Preferences

Case 3:21-cv-00496-FDW-DSC    Document 7-1    Filed 04/06/21    Page 97 of 135



**RUST PATROL** (0)



**Fischer's Hardware**                    📍 22.05 mi
1012 S Broadway Street
La Porte, TX 77571
281-470-0171
Directions

**Big Kountry Shooting**                  📍 25.72 mi
1204 FM 1462
Alvin, TX 77511
281-388-1814
Directions

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences



**RUST PATROL**

🛒 (0)

# Find Rust Patrol at a Store Near You.

Home / Where To Buy / **Store Locator**



| United States | ∨ |

| 77002 |

| 50 mi | ∨ |

SEARCH



**27 RESULTS FOUND**                    powered by bullseye

**Houston Cycle Centers - Southwest**                    📍 10.27 mi

Manage Website Data Collection Preferences

**RUST PATROL**

 {0}

---

**Metal Supermarkets - Houston Northwest**

13240 Hempstead Highway
Houston, TX 77040
713-934-8528

Directions

📍 10.48 mi

**Best Industrial Services**

6999 West Little York
Houston, TX 77040
855-401-BEST

Directions

📍 10.62 mi

**Messina's Barber Shop**

11911 Katy Freeway
Houston, TX 77079
281-556-9975

Directions

📍 13.84 mi

**O'Day Rental and Supply**

6614 W Broadway Street
Pearland, TX 77581
281-485-6111

Directions

📍 14.1 mi

**Motion Industries**

4810 N Sam Houston Parkway W
Houston, TX 77086
281-542-1660

Directions

📍 14.69 mi

Manage Website Data Collection Preferences

**RUST PATROL**  {0}

Directions

**Houston Cycle Centers - Northwest**          📍 **15.92 mi**

17464 Nw. Fwy
Houston, TX 77040
713-466-1240

Directions

**Innovative Tooling & Accessories**          📍 **16.64 mi**

13203 Emmett Road
Houston, TX 77041
713.996.9909

Directions

**Fastenal**          📍 **18.27 mi**

8615 Jackrabbit Rd., Ste. F
Houston, TX 77095
281-550-7801

Directions

**Battle Rifle Company**          📍 **20.84 mi**

17313 El Camino Real
Houston, TX 77058
281-777-0316

Directions

**Fischer's Hardware**          📍 **22.05 mi**

1012 S Broadway Street
La Porte, TX 77571
281-470-0171

Manage Website Data Collection Preferences

**RUST PATROL**  (0)

**Big Kountry Shooting**

1204 FM 1462
Alvin, TX 77511
281-388-1814

Directions

**25.72 mi**

**Handlebar Cyclery**

26440 FM 1093 #A100
Richmond, TX 77406
832-437-7584

Directions

**28.39 mi**

**Harborwalk Marina**

1445 Harborwalk Blvd
Hitchcock, TX 77563
409-935-3737

Directions

**40 mi**

**Fastenal**

6000 Broadway, Ste. B
Galveston, TX 77551
409-740-6706

Directions

**45.47 mi**

**Chalmers True Value Hardware**

2002 Broadway Street
Galveston, TX 77550
409-762-9292

Directions

**46.95 mi**

**Jamaica Beach Hardware**

**47.66 mi**

Manage Website Data Collection Preferences

**RUST PATROL**

 (0)

**The BIG Store**
2385 State Hwy 87
Port Bolivar, TX 77650
409-684-2400
Directions



49.32 mi

**Gulf Coast Market**
2385 Highway 87
Crystal Beach, TX 77650
409-684-2400
Directions

49.35 mi

**RUST PATROL**

PRIVACY POLICY

TERMS & CONDITIONS

SHIPPING & RETURNS



9499 OLD BAILES RD.,
SUITE 103
FORT MILL, SC 29707
UNITED STATES

© 2021 RUST PATROL ALL RIGHTS RESERVED. | SITEMAP

Manage Website Data Collection Preferences

**EXHIBIT 20**



**RUST PATROL**

SHOP    USE    TECH          ABOUT    NEWS    COMMUNITY

# STORE LOCATOR

## PICK UP LOCATION NEAR YOU

A-76 is stocked in many stores, so you can easily pick up a can.  If you wish for A-76 to be stocked near you, please contact us or have your preferred store contact us at sales@a76tech.com.

**EAST TEXAS**

**Battle Rifle Company**

1056 Hercules Avenue
Houston, Texas 77058
281.777.0316

**Fischers Hardware**

1012 S Broadway Street
La Porte, Texas 77571
281.470.0171

**Jamaica Beach Hardware**

16708 San Luis Pass Road, #A
Galveston, TX 77554
409.737.3001

**O'Day Rental & Supply**

6614 W Broadway Street
Pearland, Texas 77581
281.485.6111

**SOUTH TEXAS**

**Rio Hondo Lumber & Supply**

28228 FM 106
Rio Hondo, Texas 78583
956.748.2395

**White Lumber & Supply**

927 S Garcia Street
Port Isabel, Texas 78578
956.943.5523

---

## RUST PATROL

Fight rust, lubricate, and free rusted parts like never before with RUST PATROL™. With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance, and

**SUPPORT**

FAQs

Contact

Store Locator

Distributors

Quality Policy

**ABOUT**

Fact Sheet

Join the Squad

Careers

**SHOP**

Industrial

Household

Apparel

    

# EXHIBIT 21

OUR BRANDS

# Superior Quality and Value

High-quality products manufactured to meet the needs of industry and the
consumer



Rust Patrol is a revolutionary line of thin film preservation coatings for protection, penetration,
lubrication, and water displacement. Offering superior protection and ease of maintenance, Rust
Patrol will keep your equipment at peak performance in high humidity, high salinity
environments. Active at the molecular level, Rust Patrol saves you time and money by working
more quickly, lasting longer, and with less product.

Learn more »



Mountain Mike's Remedies is a product line for home, work, and play. Using natural ingredients, our products are designed for the health and comfort of your skin. They'll get you back to your activities in a natural way without using harsh, irritating chemicals. From sting ointments to lip balms, Mountain Mike's Remedies cares about you and your family.

Learn more »



VISIT US

9499 Old Bailes Rd.
Suite 103
Fort Mill, SC 29707

CONTACT US

(803) 396-8400
info@mass-
management.com

LEARN MORE

About
Then and Now
Core Values
Brands
The Gospel

mass-management.com/brands/

MASS MANAGEMENT



# RUST PATROL

Rust Patrol is a revolutionary line of thin film preservation coatings for protection, penetration, lubrication, and water displacement. Offering superior protection and ease of maintenance, Rust Patrol will keep your equipment at peak performance in high humidity, high salinity environments. Active at the molecular level, Rust Patrol saves you time and money by working more quickly, lasting longer, and with less product.

Learn more »

**EXHIBIT 22**

SHOP   USE   TECH   **RUST PATROL**   ABOUT   NEWS   COMMUNITY

CAREERS

A-76

## LOOKING FOR AN EXCITING CAREER OPPORTUNITY?  JOIN THE A-TEAM!

Are you looking for an opportunity to join a growing company and to see your efforts have a direct impact? Come make a difference at A-76. To apply for a position with A-76 Technologies send your resume to careers@a76tech.com.

### BUSINESS DEVELOPMENT MANAGER

**ROLE**

The Business Development Manager works to improve A-76 Technologies' market position and to achieve financial growth. S/he defines long-term sales strategic goals, build key client relationships, identify business opportunities, negotiate and close business deals and maintain extensive knowledge of current market conditions. As a salaried plus commission senior sales position within A-76 Technologies, s/he will work with the internal team, marketing, and other managers to increase sales opportunities and thereby maximize revenue for the company. To achieve this, s/he will find potential new clients, present to them, ultimately convert them into clients, and continue to grow business in the future. S/he will also help to manage existing clients and ensure that they stay satisfied and positive. As required, s/he will make presentations on solutions and services that meet or predict the future needs of A-76's clients.

**JOB DESCRIPTION**

The primary role of the Business Development Manager is to prospect for new clients by networking, cold calling, advertising, and/or other means of generating interest from potential clients. S/he will plan persuasive approaches and pitches that will convince potential clients to do business with A-76 Technologies. S/he will develop a rapport with new clients, set targets for sales, and provide support that will continually improve relationships. S/he will grow and retain existing accounts by presenting new solutions and services to clients. S/he will work side by side with mid and senior level leadership, marketing, and technical teams. S/he will manage the activities of the sales team responsible for developing business for A-76 Technologies. S/he will participate in strategic planning key to develop the pipeline of new business coming in to the company. This effort will require a thorough knowledge of the market, the solutions/services A-76 Technologies can provide, and the company's competitors. The main duties of the Business Development Manager are summarized as follows.

### MARKETING SPECIALIST

**ROLE**

The Business Development Manager works to improve A-76 Technologies' market position and to achieve financial growth. S/he defines long-term sales strategic goals, build key client relationships, identify business opportunities, negotiate and close business deals, and maintain extensive knowledge of current market conditions. As a salaried plus commission senior sales position within A-76 Technologies, s/he will work with the internal team, marketing, and other managers to increase sales opportunities and thereby maximize revenue for the company. To achieve this, s/he will find potential new clients, present to them, ultimately convert them into clients, and continue to grow business in the future. S/he will also help to manage existing clients and ensure that they stay satisfied and positive. As required, s/he will make presentations on solutions and services that meet or predict the future needs of A-76's clients.

**JOB DESCRIPTION**

The primary role of the Business Development Manager is to prospect for new clients by networking, cold calling, advertising, and/or other means of generating interest from potential clients. S/he will plan persuasive approaches and pitches that will convince potential clients to do business with A-76 Technologies. S/he will develop a rapport with new clients, set targets for sales, and provide support that will continually improve relationships. S/he will grow and retain existing accounts by presenting new solutions and services to clients. S/he will work side by side with mid and senior level leadership, marketing, and technical teams. S/he will manage the activities of the sales team responsible for developing business for A-76 Technologies. S/he will participate in strategic planning key to develop the pipeline of new business coming in to the company. This effort will require a thorough knowledge of the market, the solutions/services A-76 Technologies can provide, and the company's competitors. The main duties of the Business Development Manager are summarized as follows.

## RUST PATROL

Fight rust, lubricate, and free rusted parts like never before with RUST PATROL™. With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance, and

**SUPPORT**

FAQs

Contact

Store Locator

Distributors

Quality Policy

**ABOUT**

Fact Sheet

Join the Squad

Careers

**SHOP**

Industrial

Household

Apparel



# EXHIBIT 23



# CART
## What we have to offer

| Product | | Price | Quantity | Total |
|---|---|---|---|---|
| × | No Rustpassing | $19.99 | 1 | $19.99 |

Enter coupon code | **APPLY COUPON** | **UPDATE CART**

## CART TOTALS

| Subtotal | $19.99 |
|---|---|
| Total | **$19.99** |

**PROCEED TO CHECKOUT**

# RUST PATROL

Fight rust, lubricate, and free rusted parts like never before with RUST PATROL™. With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts turning smoothly so you can stop spending time and money on repairs, maintenance, and

**SUPPORT**
FAQs
Contact
Store Locator
Distributors
Quality Policy

**ABOUT**
Fact Sheet
Join the Squad
Careers

**SHOP**
Industrial
Household
Apparel

# EXHIBIT 24



# CASE STUDIES

## CUSTOMER PROFILES

SUBMIT YOURS HERE.

WE WANT TO HEAR HOW YOU PREVENT RUSTPASSING IN YOUR HOME, SCHOOL, OFFICE OR OUT IN THE FIELD! HAVE SOMETHING YOU WANT TO SHARE WITH OUR RUST PATROL COMMUNITY? SUBMIT IT HERE AND A MEMBER FROM OUR TEAM WILL REVIEW IT SHORTLY.

### Susan
### Industry: Household

**BACKGROUND**

**GOAL**

**SOLUTION & RESULTS**



### Jose
### Industry: Industrial

**BACKGROUND**

**GOAL**

**SOLUTION & RESULTS**



### Bill
### Industry: Antiques

**BACKGROUND**

**GOAL**

**SOLUTION & RESULTS**



### Paula
### Industry: Household

**BACKGROUND**

**GOAL**

**SOLUTION & RESULTS**



### Taylor
### Industry: Transportation

**BACKGROUND**

**GOAL**

**SOLUTION & RESULTS**




### Woody
### Industry: Maritime

**BACKGROUND**

**GOAL**

**SOLUTION & RESULTS**



RUST PATROL

SUPPORT

ABOUT

SHOP

# EXHIBIT 25



# CHECKOUT
What we have to offer

Have a coupon? Click here to enter your code

## Billing Details

First name                    Last name

Company name

Institution/designation       Phone

United States (US)

Address

Apartment, suite, unit, etc. (optional)

Tennessee                     Postcode / ZIP

## Additional Information

Notes about your order, e.g. special notes for delivery.

## Your order

| Product | Total |
|---|---|
| No Rustpassing × 1 | $19.99 |
| Subtotal | $19.99 |
| Total | $19.99 |

● Check Payments

Please send a check to Store Name, Store Street, Store Town, Store State / County, Store Postcode.

PayPal
VISA  MasterCard  American Express  DISCOVER
PayPal                        What is PayPal?

PLACE ORDER



# EXHIBIT 26



SHOP    USE    TECH    **RUST PATROL**    ABOUT    NEWS    COMMUNITY

## CONTACT US
And we will get back to you



**LOCATION**
1st West 20th
Street, New York,
NY 10010



**PHONE**
+88 (0) 101 0000
090



**FAX**
+88 (0) 202 0000
000



**E-MAIL**
youremail@yourdomain.com

CONTACT US

# SAY HELLO

First Name *                    Last Name *

Email *                         Website

Message

CONTACT US



## RUST PATROL

Fight rust, lubricate, and free rusted
parts like never before with RUST
PATROL™. With a range of uses, you
can depend on RUST PATROL™ at
home or on the job to keep
equipment in good condition and
parts running smoothly so you can
stop spending time and money on
repairs, maintenance, and

**SUPPORT**
FAQs
Contact
Store Locator
Distributors
Quality Policy

**ABOUT**
Fact Sheet
Join the Squad
Careers

**SHOP**
Industrial
Household
Apparel

**EXHIBIT 27**



## CORROSION CALAMITIES



### PA Pipeline Explosion (Failure at Welds)

### Major Corrosion Catastrophes in History

### Causes of Failure of Turbines

### Catastrophic Failure of a Storage Tank Due to Corrosion

### Other Articles



**EXHIBIT 28**



Rust Patrol   Customize   5   0   + New   Edit Page    Howdy, silverbadge

SHOP   USE   TECH   ABOUT   NEWS   COMMUNITY

# RUST PATROL

## MEDIA PACKET

### RUST PATROL

Fight rust, lubricate, and free rusted parts like never before with RUST PATROL™. With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance, and

**SUPPORT**
FAQs
Contact
Store Locator
Distributors
Quality Policy

**ABOUT**
Fact Sheet
Join the Squad
Careers

**SHOP**
Industrial
Household
Apparel

# EXHIBIT 29



### PRESERVE. PROTECT.

**Tex's Squad supplies the Rust Patrol line** of preservation coatings and lubricants, offering superior corrosion prevention and lubrication containing no volatile organic compounds, enabling customers to reduce their VOC emissions while improving health and safety.

**PERFORMANCE DATA**

**A proprietary coating that lasts longer, lubricates better, and is applied in seconds.**

| CURES | LASTS 4X | SAVES UP |
|-------|----------|----------|
| **5** | **4X** | **10X** |
| Just paint, dip or spray-coat, and use the parts as | as long as competing | cost per day over |



### History

The technology behind Rust Patrol was invented by chemistry professor, Dr. James Tour. The business commercialization strategy started in fall 2013 and the company was formally launched in April 2014. Since inception, Tex's Squad and it's leadership team have received numerous accolades, including being named on the Houston Chronicle's Tech Start-Ups to Watch list and Forbes' 2015 "30 Under 30" list.

### How it works:

Rust Patrol's Proprietary formula coats the surface of metals with a self-assembled multi-molecular layer to prevent oxidation. Hover over the diagram to learn more.





**Surface Bonding**

Adhesion via physiochemical exchange





### Corrosion Inhibitor Market Segments:

**UNTREATED METAL**      **FIXED ASSETS**

Temporary Coatings      Cathodic Protection      Permanent Coatings

**RUST PATROL**

# EXHIBIT 30



SHOP    USE    TECH    **RUST PATROL**    ABOUT    NEWS    COMMUNITY

# SUBMIT A STORY

Your Name (required)

Your Email (required)

Subject

Your Message

Insert Photo

**Choose File**  No file chosen

**SEND**

## RUST PATROL

Fight rust, lubricate, and free rusted
parts like never before with RUST
PATROL™. With a range of uses, you
can depend on RUST PATROL™ at
home or on the job to keep
equipment in good condition and
parts running smoothly so you can
stop spending time and money on
repairs, maintenance, and

**SUPPORT**

FAQs

Contact

Store Locator

Distributors

Quality Policy

**ABOUT**

Fact Sheet

Join the Squad

Careers

**SHOP**

Industrial

Household

Apparel

   

# EXHIBIT 31





## SUSTAINABILITY AT A-76: *Celebrating the Environment, Diversity, and our Community*

At A-76, we always keep our environmental impact at the forefront of our mind and work diligently to follow the "Responsible Care" principles, which is a voluntary initiative recognized by chemical companies across the world. Made in the United States, all A-76 products are compliant with the Montreal Protocol and do not contain any chemicals known to the State of California to cause cancer or reproductive harm.

A-76 also supports diversity and giving back to our community. A-76 is a woman and minority-led business. All of our executive team regularly engage in community service, which includes leadership roles with local non-profits as well as working with convicted felons in order to support their rehabilitation and re-entry to society.

As a chemical manufacturer, A-76 understands the potential major impact to the environment if not managed effectively. As A-76 matures and develops as a company, we always keep our environmental impact at the forefront of our mind. All A-76 products are compliant with the Montreal Protocol and California Proposition 65.

A-76 works diligently to follow the "Responsible Care" principles, which is a voluntary initiative recognized by chemical companies across the world. "Responsible Care" ensures companies make the environment, health, safety, and security top priorities in their operations. As long term goals of the "Responsible Care" initiative, A-76 seeks to be RC 14001-certified and implement a Responsible Care Management System (RCMS), which goes beyond the standards set in ISO 14001 and is recognized by the International Council of Chemical Associations (ICCA). A-76 also seeks to work with suppliers and partners who share these goals.

Corrosion not only has a significant cost impact, but also represents potential dangers and safety risks associated with structural failures across many industries. A-76 strives to be a preferred solution for decreasing risks associated with corrosion without compromising its impact on the environment. The A-76 Green product line and the company's environmental principles are such examples. By offering A-76 Green with 0% volatile organic compounds (VOCs), users can mitigate corrosion while reducing their VOC emissions.

A-76 Technologies strives to minimize our economic footprint and waste by using readily available raw materials and outsourcing initial production to established facilities.

## RUST PATROL

Fight rust, lubricate, and free rusted parts like never before with RUST PATROL™. With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance, and

**SUPPORT**
FAQs
Contact
Store Locator
Distributors
Quality Policy

**ABOUT**
Fact Sheet
Join the Squad
Careers

**SHOP**
Industrial
Household
Apparel

   


Case 3:21-cv-00496-FDW-DSC    Document 7-1    Filed 04/06/21    Page 129 of 135

**EXHIBIT 32**



# RUST PATROL

SHOP   USE   TECH    ABOUT   NEWS   COMMUNITY

## WELCOME TO
## TEX'S SQUAD BLOG:
### *THE SCANNER*

RUST DETECTED

---

### ABOUT

The Scanner is our buzz feed from our staff and customers all over the world using Rust Patrol on the job at home, or in their communities. Have buzz? Submit your story and photo (High Quality .JPEG) to be featured, cuzz!



I am text block. Click edit button to change this text. Lorem ipsum dolor sit amet, consectetur adipiscing elit. Ut elit tellus, luctus nec ullamcorper mattis, pulvinar dapibus leo.

### COMPELLING TEXT GOES HERE

Let's say something about the Rust Patrol Brand

Search Products

### PRODUCT CATEGORIES

Household
Industrial
Merchandise

---

**June 10, 2015**

### HOUSTON POISED TO GROW AS TECH HUB

Through a series of games played on a tablet, BrainCheck can detect possible concussions within five minutes ...

**By silverbadge**

**May 14, 2015**

### HTC-ASIA FOSTERS OPPORTUNITY BEYOND THE HORIZON

http://www.houstonchronicle.com/business/article/HTC-Asia-fosters-opportunity-beyond-the-horizon-6264318.php...

**By silverbadge**

**February 23, 2015**

### RICE BUSINESS PLAN FINALIST CLOSES FIRST CASH INFUSION

A-76 Technologies Inc. announced Feb. 23 it closed a $2.5 million series A round to help grow sales and operations ...

**By silverbadge**

**January 5, 2015**

### A-76 CEO NAMED TO FORBES 30 UNDER 30

Lauren co-founded A-76 Technologies, which manufactures a novel set of corrosion inhibitors and lubricants invented by Dr. James Tour, a Chemistry professor at Rice University ...

**By silverbadge**



**October 16, 2014**

### THE INDUSTRIAL INTERNET OF THINGS...IN SPACE

U.S. National Laboratory on board the International Space Station is dedicated to novel research projects that can potentially yield groundbreaking results. It looks like some of them could help the oil & gas industry and others carefully apply IoT technology ...

**By silverbadge**

---

# RUST PATROL

Fight rust, lubricate and free rusted parts like never before with RUST PATROL.™ With a range of uses, you can depend on RUST PATROL™ at home or on the job to keep equipment in good condition and parts running smoothly so you can stop spending time and money on repairs, maintenance, and

**SUPPORT**
FAQs
Contact
Store Locator
Distributors
Quality Policy

**ABOUT**
Fact Sheet
Join the Squad
Careers

**SHOP**
Industrial
Household
Apparel

# EXHIBIT 33

# Manufacturing High-Quality Products

Committed to integrity, responsibility, and trust.

Read More



ABOUT US

MASS Management, LLC, located in Fort Mill, South

Carolina manufactures high-quality products to meet the needs of industry and the consumer.

Learn more »

OUR VALUES

# Putting People First

At Mass Management, we think the most important aspect of our company is people. From our employees, vendor and distribution partners, all the way to the individuals who use our products every day, we strive to create gainful employment, economic stability, and provide products of superior quality and value that truly work.



Learn more »

OUR BRANDS

## Products you can trust

By using high quality ingredients for our products which are made in the USA, we hold ourselves to the highest standards with our brands, Rust Patrol and Mountain Mike's Remedies. They exemplify our commitment to people and their well-being.

Learn more »




**CONTACT US**

# Let's talk

Fields marked with an * are required

NAME *

_____

EMAIL *

_____

MESSAGE *

_____

Submit



VISIT US

9499 Old Bailes Rd.
Suite 103
Fort Mill, SC 29707

CONTACT US

(803) 396-8400
info@mass-
management.com

LEARN MORE

About
Then and Now
Core Values
Brands
The Gospel