IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| A-76 TECHNOLOGIES, INC d/b/a AIDANT BRANDS | § § § | |
| Plaintiff, | § | Civil Case No. 4:21-cv-00923 |
| v. | § § | |
| MASS MANAGEMENT, LLC | § § § | |
| Defendant. | § | |

**[PROPOSED]**
**ORDER GRANTING TEMPORARY RESTRAINING ORDER**

The Court has considered the Plaintiff A-76 Technologies, Inc. d/b/a Aidant Brands's ("Plaintiff") Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"), the supporting evidence, and arguments of counsel and hereby GRANTS the Motion for Temporary Restraining Order against Defendant MASS Management, LLC ("Defendant").

The Court finds that Plaintiff has made the requisite showing of a likelihood of success on the merits, for the purpose of granting a temporary restraining order, on its claims of Trademark infringement against Defendant.

The Court also finds that Plaintiff has shown imminent and irreparable harm as a result of Defendant's Trademark infringement.

The Court further finds that the balance of equities weighs in favor of granting the Temporary Restraining Order.

The Court finds that a temporary restraining order against Defendant will not disserve the public interest.

IT IS THEREFORE ORDERED that Defendant MASS Management LLC and its agents, servants, and employees shall immediately cease all use of Plaintiff's registered Trademarks for

"Rust Patrol" and "Resisting Arrust," and any other activities likely to cause confusion with Plaintiff's registered Trademarks.

IT IS FURTHER ORDERED that Defendant MASS Management LLC and its agents, servants, and employees are enjoined from any use of Plaintiff's registered Trademarks for "Rust Patrol" and "Resisting Arrust," or any other activity likely to cause confusion with Plaintiff's registered Trademarks.

This order expires on _____, 2021 at \_\_\_\_\_ a.m./p.m. unless otherwise ordered.

The Court orders a hearing on the requested preliminary injunction to be conducted on _____, 2021 at \_\_\_\_\_ a.m./p.m.

Signed and issued this \_\_\_\_\_ day of April, 2021 at _____ o'clock \_\_.m.

_____
JUDGE PRESIDING