UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00496-FDW-DSC

| | |
|---|---|
| A-76 TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MASS MANAGEMENT, LLC, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

THIS MATTER is before the Court on Plaintiff's second Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 43) and Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 40). The Court held a hearing on December 8, 2021, where counsel for the parties made oral argument on Plaintiff's Motion.

For the reasons stated in open court following the hearing, IT IS THEREFORE ORDERED that the Court DENIES Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 43) and Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 40).

IT IS SO ORDERED.

Signed: December 9, 2021

Frank D. Whitney
United States District Judge